B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Susan Frances Nelson  ,   Case No.  15-42723

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Seneca Mortgage Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 P.O. Box 619096
 Dallas, TX 75261-741

Court Claim # (if known):  2
Amount of Claim:  $104,045.19
Date Claim Filed:  11/23/2015

Phone:  (877) 343-5602
Last Four Digits of Acct #:  3943

Phone:
Last Four Digits of Acct. #:  1319

Name and Address where transferee payments should be sent (if different from above):
 P.O. Box 619094
 Dallas, TX 75261-9741

Phone:  (877) 343-5602
Last Four Digits of Acct #:  3943

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Erin M. McCartney     Date: 10/21/2016
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ZIEVE, BRODNAX & STEELE, LLP
Erin M. McCartney, Bar No. 308803
Leslie M. Klott, Bar No. 279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
Fax: (714) 908-7807

Attorneys for Secured Creditor.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re: | Case No.: 15-42723 |
|---|---|
| Susan Frances Nelson, | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, **MICHELE DAPELLO**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 30 Corporate Park, Suite 450, Irvine, California 92606.

On October 21, 2016, I served the within **TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND CERTIFICATE OF SERVICE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Irvine, California, addressed as follows:

1

Certificate of Service

**DEBTOR:**
Susan Frances Nelson
3379 S. Francisco Way
Antioch, CA 94509

    In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

**DEBTOR'S COUNSEL:** Patrick L. Forte, pat@patforte.com

**CHAPTER 13 TRUSTEE:** Martha G. Bronitsky, 13trustee@oak13.com

**OFFICE OF THE U.S. TRUSTEE (OAK):** USTPRegion17.OA.ECF@usdoj.gov

    I certify under penalty of perjury the foregoing is true and correct.

    Executed on October 21, 2016, at Irvine, California.

/s/ Michele Dapello

Michele Dapello, an employee of
Zieve, Brodnax, & Steele, LLP

2

Certificate of Service